# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| MATTHEW JAMES DURY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-258-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| KEVIN BRIGGS, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2018 Order.

September 18, 2018

Frank G. Johns, Clerk
United States District Court